UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
MAR 20 2017
RECEIVED

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED MAR 20 2017
CLERK

INTERSTATE NATURAL GAS ASSOCIATION OF AMERICA,

Petitioner,

v.

UNITED STATES DEPARTMENT OF TRANSPORTATION, PIPELINE & HAZARDOUS MATERIALS SAFETY ADMINISTRATION

Respondent.

Case No. 17-1096

ORIGINAL

**PETITION FOR REVIEW**

Pursuant to the Pipeline Safety Act, 49 U.S.C. 60119, Section 702 of the Administrative Procedure Act, 5 U.S.C. § 702, Rule 15(a) of the Federal Rule of Appellate Procedure, and Circuit Rule 15, Interstate Natural Gas Association of America hereby petitions this Court to review the final action of the Administrator of the United States Department of Transportation's Pipeline and Hazardous Materials Safety Administration in promulgating an interim final rule entitled "Pipeline Safety: Safety of Underground Natural Gas Storage Facilities," published in the Federal Register at 81 Fed. Reg. 91,860 (Dec. 19, 2016).

Respectfully submitted,

Date: March 20, 2016

Sandra Y. Snyder
Joan Dreskin Jackson
Interstate Natural Gas Association of America
20 F Street, NW
Suite 450
Washington DC 20001
202.216.5900 telephone
202.216.0870 facsimile
ssnyder@ingaa.org
jdreskin@ingaa.org

*Counsel for Petitioner*
*Interstate Natural Gas Association of America*

## CERTIFICATE OF SERVICE

Pursuant to Rule 15(c) of the Federal Rules of Appellate Procedure, I hereby certify that I have this day caused the foregoing "Petition for Review" and "Corporate Disclosure Statement" to be served, by first-class mail, postage prepaid, upon the following:

Elaine L. Chao
Secretary
U.S. Department of Transportation
1200 New Jersey Avenue, S.E.
Washington, D.C. 20590

Howard McMillan, Acting Administrator
U.S. Department of Transportation
Pipeline and Hazardous Materials Safety Administration
1200 New Jersey Ave., S.E.
Room E27-325
Washington, D.C. 20590

Judith S. Kaleta, Esq.
Acting General Counsel
U.S. Department of Transportation
1200 New Jersey Avenue, S.E.
Washington, D.C. 20590

Vasilika Tsaganos, Esq.
Acting Chief Counsel
Pipeline and Hazardous Materials Safety Administration
1200 New Jersey Avenue, S.E.
Room E24-306
Washington, D.C. 20590

Date: March 20, 2016

Sandra Y. Snyder
Sandra Y. Snyder

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
MAR 20 2017
RECEIVED

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
MAR 20 2017
CLERK

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | | |
|---|---|---|
| **INTERSTATE NATURAL GAS ASSOCIATION OF AMERICA,** | ) | |
| **Petitioners,** | ) | **Case No.** 17-1096 |
| **v.** | ) | |
| **UNITED STATES DEPARTMENT OF TRANSPORTATION, PIPELINE & HAZARDOUS MATERIALS SAFETY ADMINISTRATION** | ) | |
| **Respondent.** | ) | |

ORIGINAL

**CORPORATE DISCLOSURE STATEMENT**

1. Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure and Circuit Rule 26.1, Petitioner Interstate Natural Gas Association of America ("INGAA") hereby provides the following information:

2. INGAA is an incorporated, not-for-profit trade association representing the vast majority of the interstate natural gas transmission pipeline companies operating in the United States. INGAA advocates regulatory and legislative positions of importance to the natural gas pipeline industry. Its member companies are regulated by the U.S. Department of Transportation's Pipeline and Hazardous Materials Safety Administration.

3. INGAA has no parent companies, subsidiaries, or affiliates that have issued publicly traded stock. Most INGAA member companies are corporations with publicly traded stock.

Respectfully submitted,

Date: March 20, 2016

Sandra Y. Snyder
Joan Dreskin Jackson
Interstate Natural Gas Association of America
20 F Street, NW
Suite 450
Washington DC 20001
202.216.5900 telephone
202.216.0870 facsimile
ssnyder@ingaa.org
jdreskin@ingaa.org

*Counsel for Petitioner*
*Interstate Natural Gas Association of America*